✎AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Mississippi

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

LAKENDRICK D. SCRUGGS

Case Number:  1:07CR150

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LAKENDRICK D. SCRUGGS

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

CHILD ENTICEMENT

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2422 _____

| David Crews | by /s/ J.S.-Adams | Deputy Clerk |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Clerk of Court | 9/4/2007   Oxford, Mississippi | |
| Title of Issuing Officer | Date   Location | |

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |